1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  KATHLEEN DORIGAN,              )    Case No. EDCV 07-555-VAP
                                   )    (JCRx)
12                 Plaintiff,      )
                                   )    **JUDGMENT**
13       v.                        )
                                   )
14  AMR CORPORATION,               )
    AMERICAN EAGLE AIRLINES,       )
15  INC., AMERICAN AIRLINES,       )
    INC., and DOES 1-150,          )
16                                 )
                   Defendants.     )
17  _____  )

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Order Granting Motion for Summary

20  Judgment filed August 27, 2008, IT IS ORDERED AND

21  ADJUDGED that Plaintiff's Complaint is DISMISSED WITH

22  PREJUDICE.  The Court orders that such judgment be

23  entered.

24

25

26
    Dated:  August 29, 2008        _____
27                                    VIRGINIA A. PHILLIPS
                                    United States District Judge
28